No. 80–5430.  MAPLE v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 80–5439.  MIDDLETON v. NELSON.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 80–5442.  FORE v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–5444.  SWEETWINE v. MARYLAND.  Ct. App. Md. Certiorari denied.

No. 80–5446.  WILLIAMS v. MARSHALL, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 80–5448.  EVERETTE v. STEPHENSON.  C. A. 4th Cir. Certiorari denied.

No. 80–5449.  HENDERSON, AKA COLLIER v. MISSISSIPPI. Sup. Ct. Miss.  Certiorari denied.

No. 80–5450.  ABU-BAKR v. ROWE ET AL.  C. A. 7th Cir. Certiorari denied.

No. 80–5455.  JONES v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 80–5458.  CAVEGN v. MINNESOTA.  Sup. Ct. Minn. Certiorari denied.

No. 80–5460.  FRANKLIN v. TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.

No. 80–5461.  WILLIAMS, AKA MTHAWABU v. LOUISIANA. Sup. Ct. La.  Certiorari denied.